UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 07-20141-CR-MARTINEZ/BANDSTRA**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KARELIA VAZQUEZ,

     Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Karelia Vazquez' Motion to Suppress Defendant's Statement **(D.E.#19)**, filed on May 3, 2007, and Amended Motion to Suppress Defendant's Statement And Incorporated Memorandum of Law **(D.E.#21),** filed on May 7, 2007.

**THE MATTER** was referred to United States Magistrate Judge Ted E. Bandstra, and accordingly, the Magistrate Judge conducted an evidentiary hearing on May 15, 2007.  A Report and Recommendation was filed on May 21, 2007, recommending that defendant's Amended Motion to Suppress Defendant's Statements be **Granted.**

The parties were afforded the opportunity to serve and file written objections within ten (10) days upon receipt of the Magistrate's Report and Recommendation, and record reveals that objections were filed by the Defendant and noted by this Court.  After a *de novo* review of the record and Magistrate Bandstra's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Ted E. Bandstra's Report and Recommendation of May 21, 2007 is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, June 5, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Bandstra
All Counsel Of Record